FORREST SANBORN *vs.* WARREN C. GERALD.

Kennebec.    Opinion February 4, 1898.

*Slander.    Evidence.    Burden of Proof.*

In an action for slander, where the defendant justifies the supposed slander as true, it is error to charge the jury that the defendant must satisfy them by a preponderance of the evidence by clear and convincing proof that the words were actually true in order to exonerate himself from liability for having uttered them.

*French* v. *Day*, 89 Maine, 441, affirmed.

ON EXCEPTIONS BY DEFENDANT.

This was an action on the case for slander and tried to a jury of the Superior Court for Kennebec county, who returned a verdict for the plaintiff. The defendant took exceptions to the charge to the jury as appears in the opinion.

*W. C. Philbrook*, for plaintiff.

*S. S. and F. E. Brown*, for defendant.

SITTING: PETERS, C. J., FOSTER, HASKELL, WISWELL, STROUT, SAVAGE, JJ.

HASKELL, J.    Upon the trial the defendant justified the speaking of words charged to be slanderous as true. The presiding justice charged the jury: "Now the burden of this branch of the

case is upon the defendant. He must satisfy you by a preponderance of the evidence by *clear and convincing proof* that the words were actually true in order to exonerate himself from liability for having uttered them."

Exceptions were sustained to the rule above given in a case from the same court in *French* v. *Day*, 89 Maine, 441. The opinion in that case disposes of this one.

*Exceptions sustained.*